IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELVIN F. WALKER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-716 |
| | : | |
| PATRICIA WRAY | : | |

## **ORDER**

AND NOW, this 18th day of May, 2026, upon consideration of Defendant Patricia Wray's Motion to Dismiss and Plaintiff Melvin F. Walker's opposition, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (ECF No. 10) is GRANTED as follows:

1. Count I of the Complaint, alleging fraud and healthcare fraud, is DISMISSED with prejudice insofar as it is based on Wray's alleged falsification of decedent John Allen Murphy's death certificate and unauthorized representations to healthcare providers in 2014. The balance of the claim is DISMISSED without prejudice.

2. Count II of the Complaint, alleging intentional interference with inheritance, is DISMISSED without prejudice.

3. Count III of the Complaint, alleging conversion, is DISMISSED with prejudice insofar as the claim alleges conversion of Murphy's home and remains. Count III is DISMISSED without prejudice insofar as it alleged conversion of Murphy's personal property.

4. Count IV, alleging a claim under 42 U.S.C. § 1983, is DISMISSED with prejudice.

5. Walker is granted leave to amend as to those claims dismissed without prejudice. Walker may file an amended complaint by June 17, 2026.

6. If Walker does not wish to file an amended complaint and instead intends to stand on his Complaint as originally pled, he may file a notice with the Court by June 17, 2026 stating that intent, at which time the Court will issue a final order dismissing the case.

7.  If Walker fails to file any response to this Order, the Court will conclude that he intends to stand on his Complaint and will issue a final order dismissing this case.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

2